IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO
                             SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam                    Date: February 12, 2009
Court Reporter: Kara Spitler
Probation Officer: Michelle Means

Criminal Action No.: 08-cr-00379-JLK

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,                             Jaime A. Pena

     Plaintiff,

v.

JACOB JOHN POLLICK,                                   La Fonda R. Jones

     Defendant.

---

## SENTENCING MINUTES

---

**10:05 a.m.**    Court in session.

Court calls case.

Defendant present on bond.  Counsel present.

**ORDERED:** Government's 5K1.1 Motion For Downward Departure Based On Substantial Assistance (Filed 1/27/09; Doc. No. 18) is GRANTED.

**Change of Plea Hearing: November 7, 2008**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to **Count One** to probation for a term of **5 years.**

**Conditions of probation:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of probation:**
- (X) Defendant shall have no contact with the Frito Lay Corporation and shall not purchase any Frito Lay products.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED: The Government's Oral Motion To Dismiss Count Two Of The Indictment is GRANTED.**

**10:17 a.m. Court in recess.**
Hearing concluded.
Total in-court time: 12 minutes